# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED K. ALFAYYOUMI**<br>**2518 Potomac Hunt Lane**<br>**Richmond, Virginia  23219**<br>**CIS File No. A97 143 765**<br><br>Plaintiff,<br><br>v.<br><br>**EMILIO T. GONZALEZ, Director**<br>**U.S. Citizenship and Immigration Services**<br>**20 Massachusetts Avenue, N.W.**<br>**Washington, D.C.  20529**<br><br>**MICHAEL CHERTOFF, Secretary**<br>**U.S. Department of Homeland Security**<br>**425 Murray Drive, Building 410**<br>**Washington, D.C.  20528**<br><br>**ROBERT S. MUELLER, Director**<br>**Federal Bureau of Investigations**<br>**935 Pennsylvania Avenue, N.W.**<br>**Washington, D.C.  20535**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 07-2180 (RMU)**<br>)  **ECF**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni,

Assistant United States Attorney, as counsel of record for defendants, in the above-captioned

case.

Respectfully submitted,


___/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2008, I caused the foregoing Praecipe to

be served on counsel of record via the Court's Electronic Case Filing system.


\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851