UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED K. ALFAYYOUMI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 07-2180 (RMU) |
| EMILIO T. GONZALEZ, et al., | ) ECF |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through undersigned counsel, hereby stipulate to dismiss this action in its entirety, without prejudice, each side to bear its own costs.

Respectfully submitted,

_/s/with authorization_____
Thomas K. Ragland, Esq.
D.C. Bar # 501709
Nadeen Alijiakli
D.C. Bar # 501709
MAGGIO & KATTAR
11 Dupont Circle, NW, Ste. 775
Washington, D.C. 20036
*Attorneys for Plaintiff*

_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar # 488610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Judiciary Center Building, Rm. E4208
555 Fourth Street, N.W.
Washington, D.C. 20530
*Attorneys for Defendant*s

Dated January 29, 2008.